March 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE CHRISTOPHER SPATES, Relator

NO. 14-15-00235-CV

_____

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

_____

This Court has reviewed the petition for writ of habeas corpus of relator, Christopher Spates. This Court holds that relator, Christopher Spates, has demonstrated that the commitment order signed on March 13, 2015, by the Honorable David Farr, presiding judge of the 312th District Court, Harris County, Texas, in Cause No. 2001-61475, is void. Therefore, this Court grants relator's petition for writ of habeas corpus, and vacates the commitment order dated March 13, 2015 issued by the 312th District Court, Harris County, Texas, in Cause No. 2001-61475.

We therefore order the Clerk of this Court to issue a writ of habeas corpus to the Sheriff of Harris County, Texas, ordering that relator be discharged from custody.